UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| JOWAN UPSHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20–CV–118 |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

ORDER

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge dated March 4, 2021. [Doc. 32]. In that Report and Recommendation, the Magistrate Judge recommended that the Commissioner's Motion for Remand, [Doc. 30], be granted, Plaintiff's Motions, [Docs. 19, 21, 23], be terminated as moot, and that the Commissioner's decision denying benefits be reversed and remanded. [Doc. 32]. Neither party has filed objections to the recommendation in the time allowed. *See* Fed. R. Civ. P. 72.

After consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that the Report and Recommendation is ADOPTED and APPROVED, [Doc. 32], that the Commissioner's Motion for Remand, [Doc. 30], is GRANTED, that Plaintiff's Motions, [Docs. 19, 21, 23], are TERMINATED as moot, and that the Commissioner's decision denying benefits is REVERSED and REMANDED.

1

So ordered.

ENTER:

                                          s/J. RONNIE GREER
                                    UNITED STATES DISTRICT JUDGE